IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, SR.,
ADC # 128147                                                                    PLAINTIFF

v.                          Case No. 5:10-cv-368-DPM-HDY

CORRECTIONAL MEDICAL
SERVICES, INC.                                                                  DEFENDANT

## ORDER

The Court has considered Magistrate Judge H. David Young's partial Proposed Findings and Recommended Disposition, *Document No. 25*, and conducted a careful review of the record. Grant filed no objections. Having reviewed for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Grant's motion for summary judgment, *Document No. 19*, is denied. The answer was timely.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 June 2011