IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, SR.,
ADC # 128147                                                                PLAINTIFF

v.                          Case No. 5:10-cv-368-DPM-HDY

CORRECTIONAL MEDICAL
SERVICES, INC.                                                              DEFENDANT

ORDER

The Court has considered Magistrate Judge H. David Young's partial Proposed Findings and Recommendations, *Document No. 29*, and conducted a careful review of the record. Grant filed no objections. Having reviewed for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Grant's motion for a preliminary injunction, *Document No. 29*, is denied. Judge Young will consider Grant's access-to-medicine claim at the 11 October 2011 evidentiary hearing.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2011