IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT, SR.
ADC #128147                                                                PLAINTIFF

v.                           No. 5:10-cv-368-DPM

CORIZON, INC., f/k/a CORRECTIONAL
MEDICAL SERVICES, INC.                                                    DEFENDANT

## JUDGMENT

Grant's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 November 2011